NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KEVIN IMES and AMY IMES,**
*Plaintiffs-Appellees,*

v.

**RAYMOND M. GALASSO and VERVE, LLC,**
*Defendants-Appellants.*

2011-1113

Appeal from the United States District Court for the Western District of Texas in case no. 10-CV-0373, Judge Sam Sparks.

## ON MOTION

## ORDER

The appellees submit a motion for sanctions. The appellants submit a response. The appellants also submit a notice indicating an update to the information provided in their opening brief concerning the status of a related case.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this appeal. Copies of the motion and the response shall be transmitted to the merits panel. Copies of the notice shall also be transmitted to the merits panel.

FOR THE COURT

JUN 1 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Earl Landers Vickery, Esq.
Edward J. Marshall, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 3 2011

JAN HORBALY
CLERK